UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA ANN GABRIELE CHECHELE,<br><br>    Plaintiff,<br><br>    – v. –<br><br>CLAUDE GERMAIN and SMTC CORPORATION,<br><br>    Defendants. | ECF CASE<br><br>No. 11-cv-7724 (PAE) (FM) |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), notice is hereby given that the matter captioned above is voluntarily dismissed with prejudice effective immediately.  Issue has not been joined.

Dated: December 28, 2011
       New York, New York

                                        HUNTER & KMIEC

                                        By:
                                              /s/ James A. Hunter
                                              James A. Hunter
                                              150 East 44th Street, No. 9A
                                              New York, New York  10017
                                              Tel:     (646) 666-0122
                                              Fax:    (646) 462-3356
                                              E-Mail: hunter@hunterkmiec.com

                                        *Attorneys for Plaintiff*

SO ORDERED:

_____
Paul A. Engelmayer, U.S. District Judge
New York, New York
_____, 201__